United States Bankruptcy Court
District of Connecticut

In re:
Aaron T. Stickney
Debtor

Case No. 12-50028-ahws
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-5 User: sstaton Page 1 of 2 Date Rcvd: Apr 25, 2012
Form ID: pdfdoc2 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2012.
db Aaron T. Stickney, P.O. Box 351, Goshen, CT 06756-0351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2012** **Signature:** Joseph Speetjens

District/off: 0205-5 User: sstaton Page 2 of 2 Date Rcvd: Apr 25, 2012
Form ID: pdfdoc2 Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2012 at the address(es) listed below:

George C. Tzepos on behalf of Debtor Aaron Stickney zepseven@sbcglobal.net
Jonathan Kaplan on behalf of Creditor Kondaur Capital Corporation Jonathan.Kaplan@MCroogLLC.com
Martha E. Croog on behalf of Creditor Kondaur Capital Corporation martha.croog@mcroogllc.com, nicholas.ouellette@mcroogllc.com
Ronald I. Chorches ronaldchorches@sbcglobal.net, ct10@ecfcbis.com
Shawn M. Masterson on behalf of Creditor Retained Realty, Inc. smasterson@shlawri.com, bkdept@shslawfirm.com
U. S. Trustee USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 6

(1)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>AARON T. STICKNEY<br>Debtor | BK No.: 12-50028-AHWS<br>Chapter 7 |
| RETAINED REALTY, INC.<br><br>MOVANT<br><br>vs.<br><br>AARON T. STICKNEY<br><br>DEBTOR<br><br>Ronald I. Chorches, Esq., TRUSTEE<br><br>RESPONDENTS | RE: Doc Id No. 21 |

ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter having come before the Court on the Motion for Relief from Automatic Stay ("the Motion") filed by Retained Realty, Inc. (together with its successors, affiliates, principals, and assigns "Movant"), and good cause having been shown, and proper notice having been given, it is hereby

ORDERED,

(1) that the Motion is granted;

(2) that Movant is granted relief from the section 362 automatic stay and the stay imposed by Bankruptcy Rule of Procedure 4001(a)(3) for the purpose of exercising its rights under the Note and Mortgage, as defined in the Motion, and under applicable law, including, without limitation, foreclosing the Mortgage encumbering the property located at 274 Sharon

Turnpike, Goshen, CT 06756, and bringing such other actions, including eviction proceedings, as may be appropriate. No deficiency judgment shall be enforced without the further order of this court.

Dated: April 25, 2012 By the court

Alan H. W. Shiff
United States Bankruptcy Judge